UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUNYON JACKSON,<br><br>                Plaintiff,<br>   v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | No.   12-cv-5216 RBL/KLS<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO AMEND COMPLAINT<br><br>CLERK'S ACTION REQUIRED |

This matter comes before the Court on Plaintiff's July 31, 2012 motion to amend the complaint (entitled "Motion to File First Amended Complaint").  Dkt. 9.  Defendant does not object to the motion.

The Plaintiff's motion to amend complaint (Dkt. 9) is GRANTED.

The attachment to Plaintiff's filing (Dkt 9) will be considered the amended complaint; and the Plaintiff's name for the record shall be changed to Runyon Jackson.

DATED this 17th day of August, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Order Granting Plaintiff's Motion to Amend Complaint - 1